1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SOPHAON SOM,

11              Petitioner,                     2:07-cv-1301-GEB-DAD-P

12        vs.

13   MIKE S. EVANS, Warden,

14              Respondent.               <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On January 18, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed January 18, 2008, are adopted in full;

3    2.  Respondent's August 14, 2007 motion to dismiss this action as filed beyond

4    the one-year statute of limitations, is granted; and

5    3.  This action is dismissed.

6    Dated:  February 22, 2008

7

8    _____
     GARLAND E. BURRELL, JR.
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2