IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPHAON SOM,

    Petitioner,                    No. CIV S-07-1301 GEB DAD P

    vs.

MIKE S. EVANS, Warden,

    Respondent.                  ORDER

_____/

        This action was dismissed on February 22, 2008, following the adoption of findings and recommendations recommending that respondent's motion to dismiss this habeas action as barred by the one-year statute of limitations, be granted. Before the court is petitioner's document entiled, "Supplemental Objection To The Magistrates [sic] Finding And Recommendations, Points And Authorities Thereof" which was received by the court on February 29, 2008.

        Petitioner's supplemental objections are untimely and will be disregarded. Petitioner is advised that if he intends to appeal the judgment to the United States Court of Appeals, he must file a notice of appeal with this court within thirty days from the date of the judgment, and obtain a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 4(a)(1) and 22(b).

1

1    Accordingly, petitioner's supplemental objections, filed on February 29, 2008,
2 shall be placed in the file and disregarded.
3 DATED: March 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
som1301.158