IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPHAON SOM,

    Petitioner,                    2:07-cv-1301-GEB-DAD-P

    vs.

MIKE S. EVANS,

    Respondent.          ORDER

         Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's February 22, 2008 dismissal of his application for a writ of habeas corpus as filed beyond the one-years statute of limitations. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

         A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

         Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it

1

1 debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
2 reason would find it debatable whether the petition states a valid claim of the denial of a
3 constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
4 McDaniel, 529 U.S. 473, 120 S. Ct. 1595, 1604 (2000)).

5       After careful review of the entire record herein, this court finds that petitioner has
6 not satisfied the first requirement for issuance of a certificate of appealability in this case.
7 Specifically, there is no showing that jurists of reason would find it debatable whether petitioner
8 has exhausted state remedies.  Accordingly, a certificate of appealability should not issue in this
9 action.

10       IT IS SO ORDERED.

11 Dated: March 19, 2008

13 GARLAND E. BURRELL, JR.
14 United States District Judge