IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPHAON SOM,

    Petitioner,               No. CIV S-07-1301 GEB DAD P

    vs.

MIKE EVANS,

    Respondent.          <u>ORDER</u>

                               /

        On March 25, 2008, petitioner filed a document styled, "Application for Certificate of appealability (evidentiary Hearing Request)." On March 20, 2008, Judge Garland Burrell, Jr. ordered that a certificate of appealability should not issue in this action. Therefore, petitioner's second request for a certificate of appealability will be placed in the file and disregarded.

DATED: April 14, 2008.

                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:4
som1301.coa22